1
2
3
4
5                    IN THE UNITED STATES BANKRUPTCY COURT
6                          FOR THE DISTRICT OF ARIZONA
7

| | |
|---|---|
| In Re | Chapter 7 |
| OSCAR LEGGITT, | |
| | Case No. 04-21511-PHX-SSC |
| Debtor. | Adv. No. 05-241 |
| RAQUEL EWOLDT, | |
| Plaintiff, | ORDER INCORPORATING MEMORANDUM DECISION |
| vs. | |
| OSCAR LEGGITT, | (Opinion to Post) |
| Defendants. | |

          Based upon this Court's Memorandum Decision dated January 23, 2006, which is

incorporated herein by reference:

          The Court finds that the Plaintiff has met her burden of going forward under 11

U.S.C. § 523(a)(15), and the Debtor has not met his burden of persuasion. Therefore,

          IT IS ORDERED that the entire debt owed to the Plaintiff is nondischargeable

under § 523(a)(15).  The Plaintiff may file a separate judgment with this Court.


          DATED this 23rd day of January, 2006.

                              _Sarah Sharer Curley_

                              Honorable Sarah Sharer Curley
                              U. S. Bankruptcy Judge

                              1